DENNIS K. BURKE
United States Attorney
District of Arizona

J. GREGORY MARBLE
Special Assistant United States Attorney
ID. No. 020563
4041 N. Central Ave.
M/S 2200PX
Phoenix, AZ 85012
Telephone: (602) 636-9600

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | ) Chapter 13 |
| STEVE MILLER, | ) Case No. 4:10-bk-33471-JMM |
| SSN: 6519, and | ) |
| PEGGY MILLER, | ) |
| SSN: 1601, | ) |
| Debtors. | ) |

**OBJECTION OF THE UNITED STATES TO CONFIRMATION**
**OF CHAPTER 13 PLAN**

Creditor United States of America (IRS), by and through the undersigned Special Assistant United States Attorney for the District of Arizona, hereby files its objection to the debtors' proposed Chapter 13 Plan, in support of which it is shown unto the Court as follows:

1. The debtors have an outstanding tax liability as reflected on the IRS Proof of Claim, a copy of which is attached hereto as Exhibit A.

2. Debtors' plan fails to provide for full payment of all periods of the IRS priority tax claim as required under the provisions of 11 U.S.C. § 1322(a)(2).

3. Debtors' proposed funding to the plan is insufficient to fully pay the IRS tax claim after payments made to the other claimants. Therefore, the plan is not feasible.

4. Debtors' schedules indicate that they have an insufficient amount of disposable income with which to fund the plan; therefore, the plan is not feasible.

5. For the reasons stated above, the proposed plan cannot be confirmed.

WHEREFORE, it is prayed that the Court sustain this objection and deny confirmation of the debtors' proposed Chapter 13 Plan.

DATED this __7th__ day of December, 2010.

DENNIS K. BURKE
United States Attorney
District of Arizona

By: /S/ JGM #020563
J. GREGORY MARBLE
Special Assist. U.S. Attorney

For information concerning this case, please contact Paralegal Rebecca L. Scotney I.D. No. 359781 of our office at (602) 636-9623.

A copy of the foregoing mailed this
 7th day of December, 2010 to:

KATHRYN L. JOHNSON
Attorney for Debtors
KATHRYN L. JOHNSON, PLC
4337 E. Fifth Street
Tucson, Arizona    85711

DIANNE C. KERNS
Chapter 13 Trustee
PMB 413
7320 North La Cholla #154
Tucson, Arizona 85741-2305


/S/ DEBRA G. CLARK
Debra G. Clark
Legal Assistant